UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTURO OSIEL VALENCIA BARRERA,<br><br>                    Plaintiff,<br><br>    v.<br><br>WESTERN STATE HOSPITAL, et al.,<br><br>                    Defendants. | CASE NO. 3:25-CV-6086-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant Pierce County Prosecutor's Office is dismissed from this case. The remaining Defendants will proceed with the case.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 0ᵗʰ day of _April_, _2026_.

RICHARD A. JONES
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1