UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO OSIEL VALENCIA BARRERA,

                    Plaintiff,

          v.

CITY OF LAKEWOOD, et al.,

                    Defendants.

CASE NO. 3:25-CV-6086-RAJ-DWC

ORDER DENYING MOTION FOR MISCELLANEOUS RELIEF

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Arturo Osiel Valencia Barrera, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on December 1, 2025. Dkt. 1. Currently pending before the Court is an "Omnibus Motion" filed by Plaintiff on May 15, 2026, along with a supporting declaration. Dkts. 25, 26. Defendants have not responded to the Motion. *See* docket.

In his Motion, Plaintiff requests: (1) a change of address, (2) appointment of a specific person as his "legal runner/server" and funds of $2,500 to pay him at a rate of $80 per hour, (3) an order directing Western State Hospital to let Plaintiff have his laptop, computer mouse,

ORDER DENYING MOTION FOR
MISCELLANEOUS RELIEF - 1

headphones, and access to the internet, and (4) an order directing the Blaine Police Department to transfer Plaintiff's property to Western State Hospital. Dkt. 25.

Regarding Plaintiff's first request, a review of the docket indicates the Clerk of Court has already updated Plaintiff's address. Secondly, Plaintiff does not identify any authority allowing the Court to appoint a specific person to assist him with service, nor does the Court know of any such authority. Finally, Western State Hospital and Blaine Police Department are not named parties in this suit, and therefore the Court lacks authority to direct them to perform any specific actions. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 112 (1969) (courts lack jurisdiction to issue injunction against nonparty). Accordingly, Plaintiff's Omnibus Motion (Dkt. 25) is DENIED.

Dated this 2nd day of July, 2026.

David W. Christel
United States Magistrate Judge

ORDER DENYING MOTION FOR
MISCELLANEOUS RELIEF - 2