UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO OSIEL VALENCIA BARRERA,

Plaintiff,

v.

CITY OF LAKEWOOD, et al.,

Defendants.

CASE NO. 3:25-CV-6086-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant City of Lakewood's Motion to Dismiss (Dkt. 18) is granted, and Plaintiff's claims against this Defendant are dismissed with prejudice. The remaining Defendant will proceed with the case.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 23rd day of July, 2026.

The Honorable Richard A. Jones
United States District Judge